

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00292-CV

**TEXAS A&M UNIVERSITY SYSTEM,**

**Appellant**

**v.**

**ACKLAM CONSTRUCTION COMPANY LIMITED,**

**Appellee**

**From the 361st District Court
Brazos County, Texas
Trial Court No. 17-001469-CV-361**

## MEMORANDUM  OPINION

Appellee, Acklam Construction Company, LTD, filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).  The motion states that the parties have entered into an agreement and the parties no longer wish to pursue the appeal.  Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
 Justice Davis, and
 Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed December 5, 2018
[CV06]

